USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2021

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**KEVIN DAVIS, on behalf of himself and all others similarly situated,**

        Plaintiff,

    -v-

**SUPERPLASTIC, INC.,**

        Defendant.

Civil Case Number:  1:21-cv-04912-MKV

## [PROPOSED] DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' November 29, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-04912-MKV**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** 30th **day of November 2021.**

_____
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE
New York, New York